**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ARAMID ENTERTAINMENT FUND LIMITED, | ) ) ) | CASE NO. CV09-1505-AHM (CWx) |
| Plaintiff(s), | ) ) | ORDER DISMISSING CIVIL ACTION BY VIRTUE OF SETTLEMENT |
| v. | ) ) | |
| JOHN FLYNN, et al., | ) ) | |
| Defendant(s). | ) ) | |
| _____ | ) | |

The Court having been advised by the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 30 days, to reopen this action if settlement is not consummated.

The parties are reminded that an UNDERTAKING OF CORPORATE SURETY - BOND in the amount of $ $10,000.00 was posted on October 13, 2010 as to International Fidelity Insurance Company. Bond number: 0506130 by Plaintiff Aramid Entertainment Fund Limited.

IT IS SO ORDERED.

Date: May 19, 2010

_____
A. Howard Matz
United States District Court Judge

**JS-6**